ACCEPTED
14-15-00291-CV
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
4/8/2015 1:20:02 PM
CHRISTOPHER PRIN
CLERK

**NO. 14-15-00291-CV**

In The

# Fourteenth Court of Appeals

Houston, Texas

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
4/8/2015 1:20:02 PM
CHRISTOPHER A. PRINE
Clerk

Eric E. Perez and Edmundo Perez,

*Appellants*,

v.

Le Prive Enterprises, LLC d/b/a Mekano Live & Grill, and Manuel Arellano,

*Appellees*.

On Appeal from the 127th Judicial District Court
of Harris County, Texas

Trial Court Cause No. 2013-74140

## APPELLEES' MOTION TO DISMISS
## APPEAL FOR WANT OF JURISDICTION

Daniel W. Jackson, SBN 00796817
Scott K. Vastine, SBN 24056469
Jennifer H. Frank, SBN 24087537
The Jackson Law Firm
3900 Essex Lane, Suite 1116
Houston, Texas 77027
(713) 522-4435
(713) 527-8850 – fax

Counsel for Appellees

TO THE HONORABLE FOURTEENTH COURT OF APPEALS:

Appellees Le Prive Enterprises, LLC, d/b/a Mekano Live & Grill and Manuel Arellano respectfully request that appellants Eric E. Perez and Edmundo Perez's motion to extend time be denied and their appeal be dismissed for want of jurisdiction. Tex. R. App. P. 10.5(b)(1)(C), 42.3(a), (c).

On December 18, 2014, the trial court entered final judgment. On January 19, 2015, appellants filed a motion for reconsideration and motion for new trial, which were set for an oral hearing on March 27, 2015, but were overruled by operation of law on March 3, 2015. Appellants' deadline to perfect an appeal was March 18, 2015.

Appellants filed their notice of appeal on April 1, 2015. Appellants also filed a motion for extension of time on the same day, but failed to provide a single fact explaining their need for an extension as required by Rule 10.5(b)(1)(C) of the Texas Rules of Appellate Procedure. Because appellants' motion to extend time does not comply with Rule 10(b)(1)(C), it should be denied and this appeal should be dismissed. Tex. R. App. P. 42.3(c).

A reasonable explanation is one demonstrating that failure to comply with the deadline to perfect appeal was not deliberate or intentional but, rather, the result of inadvertence, mistake, or mischance. *Garcia v. Kaster Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989).

For example, when an appellant filed a motion to extend time containing no explanation to justify late filing of the notice of appeal, this Court denied the motion to extend time for lack of good cause and dismissed the appeal for want of jurisdiction. *Mukwange v. Metro Transit Auth.,* No. 14-00-01068-CV, 2000 WL 1356527, at *1 (Tex. App.—Houston [14th Dist.] 2000, no pet.).

Because appellants' motion to extend time failed to provide any explanation to justify late filing, as did the motion to extend time in *Mukwange*, the Court should deny appellants' motion to extend for failure to comply with Rule 10.5(b)(1)(C) of the Texas Rules of Appellate Procedure and dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(a), (c).

WHEREFORE, appellees Le Prive Enterprises, LLC, d/b/a Mekano Live & Grill and Manuel Arellano respectfully request that appellants Eric E. Perez and Edmundo Perez's appeal be dismissed.

Respectfully submitted:

/s/ *Daniel W. Jackson*

Daniel W. Jackson, SBN 00796817
Scott K. Vastine, SBN 24056469
Jennifer H. Frank, SBN 24087537
3900 Essex Lane, Suite 1116
Houston, Texas  77027
(713) 522-4435
(713) 527-8850 – fax
daniel@jacksonlaw-tx.com
scott@jacksonlaw-tx.com
jennifer@jacksonlaw-tx.com

Counsel for Appellees

## CERTIFICATE OF CONFERENCE

I certify that I attempted to confer with appellants' counsel by written correspondence and voicemail, but have not heard from appellants' counsel concerning this motion.   Therefore, I presume appellants are opposed to the relief sought in this motion.

/s/ *Jennifer H. Frank*

Jennifer H. Frank

4

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was served on all counsel of record, *via* ProDocs, on April 8, 2015:

James Nathan Overstreet
J. Nathan Overstreet & Assoc., P.C.
8711 Highway 6 North, Suite 230
Houston, Texas 77095

***Via email: overstreetlawfirm@gmail.com***

/s/ *Daniel W. Jackson*
Daniel W. Jackson